# EXHIBIT 10



G&A Strategic Holdings LLC
20 Dayton Ave
Greenwich, CT 06830

October 29, 2018

*BY HAND, OVERNIGHT COURIER, FAX AND EMAIL*
Emir Manrique
Executive Director of Financial Planning
**Petróleos de Venezuela, S.A.**
La Campiña, Av. Libertador, Calle El Empalme,
Edificio Petróleos de Venezuela, Torre Este, Piso 8,
Caracas, Venezuela
Email: manriquee@pdvsa.com
Fax: +58 212-708-1405

Cowen and Company, LLC, as Administrative Agent
Attention: Legal Department
599 Lexington Avenue
20th Floor
New York, NY 10022
Email: owen.littman@cowen.com and danny.phillips@cowen.com
Fax: 212-201-4840



Ref.:   Notice of Assignment and Appointment of Successor Administrative Agent
        (Notificación de Cesión y Nombramiento del Agente Administrativo Sucesor)

| Dear Mr. Manrique, | Estimado Sr. Manrique, |
|---|---|
| We hereby refer to (i) the Note Agreement dated as of May 4, 2017, currently among Petroleós de Venezuela, S.A. ("**PDVSA**"), as Issuer, PDVSA Petroleó, S.A., as Guarantor, Schlumberger Venezuela, S.A., as Initial Noteholder, and Cowen and Company, LLC ("**Cowen**") (as successor to Schlumberger Finance, B.V. ("**SFBV**"), as successor to Initial Noteholder), as Noteholder and Administrative Agent, and any other Noteholders party thereto from time to time (the "**Note Agreement**"), (ii) the fourteen (14) "6.5% Senior Guaranteed Notes, Series 2017D" issued by the Issuer thereunder (originally to Schlumberger Venezuela, S.A. or registered assigns) (collectively, the "**Notes**") and (iii) the fourteen (14) agreements of Assignment and Acceptance between Cowen and SFBV. | En referencia a (i) el Acuerdo de Pago mediante Título Valor de Deuda (*Note Agreement*) de fecha 4 de mayo de 2017, actualmente entre Petróleos de Venezuela, S.A., ("**PDVSA**"), como Emisor, PDVSA Petróleo, S.A., como Garante, y Schlumberger Venezuela, S.A., como Tenedor Inicial, y Cowen and Company, LLC ("**Cowen**") (como sucesor de Schlumberger Finance, B.V. ("**SFBV**"), quien fue a su vez sucesor del Tenedor Inicial), como Tenedor y Agente Administrativo, y cualquier otro Tenedor de Notas que pueda ser parte eventualmente (el "**Acuerdo de Nota**"), (ii) las catorce (14) "6.5% Notas Senior Garantizadas, Serie 2017D" emitidas por el Emisor (originalmente a favor de Schlumberger Venezuela, S.A. o cesionarios registrados) (conjuntamente, las "**Notas**") y (iii) los catorce |

136210296v1

Capitalized terms used in this letter but not defined herein shall have the meanings given to them in the Note Agreement.

This letter constitutes formal notice to PDVSA, in its capacity as Issuer under the Note Agreement, and Cowen, in its capacity as Administrative Agent thereunder, of the assignment by Cowen, the current Noteholder, of the fourteen (14) Notes and all of its interests, rights and obligations under the Note Agreement and other Finance Documents to each entity set forth on Annex A in respect of the Notes set forth next to its name only (each, a "**Buyer**" and, together, the "**Buyers**") pursuant to (i) Sections 9.01 and 9.04(b) of the Note Agreement and (ii) the fourteen (14) agreements of Assignment and Acceptance between Cowen and the applicable Buyer, copies of which are being delivered herewith.

As you are aware, by notice dated December 14, 2017 and stamped received on December 19, 2017, SFBV, in its capacity as Administrative Agent, notified and confirmed to the Issuer and the Guarantor that an Event of Default had occurred and was continuing. As of the date hereof, such Event of Default has not been cured. Pursuant to Section 9.04(b) of the Note Agreement, upon the occurrence and during the continuation of an Event of Default, a Noteholder may effect an assignment to any Person or Persons, with notice to, but without consent of, the Issuer and the Administrative Agent. In any event, we note that pursuant to Section 3.02(e) of the Note Agreement, the Notes may be offered, sold and otherwise transferred to Qualified Institutional Buyers pursuant to Rule 144A of the Securities Act with notice to, but without consent of, the Issuer and the Administrative Agent. In this regard, each Buyer hereby represents and warrants that it is a Qualified Institutional Buyer and the transfer of the Notes was done pursuant to Rule 144A of the Securities Act. Consequently, neither the consent of the Issuer nor the Administrative Agent is required in connection with the transfer referred to herein, nor is any consent being requested hereby.

(14) Acuerdos de Cesión y Aceptación entre Cowen y SFBV. Los términos en mayúscula utilizados en esta carta pero no definidos aquí tendrán el significado que se les da en el Acuerdo de Nota.

Esta carta constituye una notificación formal a PDVSA, en su calidad de Emisor bajo el Acuerdo de Nota, y Cowen, en su calidad de Agente Administrativo, de la cesión de Cowen, el actual Tenedor de Notas, de las catorce (14) Notas y todos los intereses, derechos y obligaciones bajo el Acuerdo de Nota y otros Documentos de Financiamiento a cada una de las compañías identificadas en el Anexo A, con respecto a las Notas indicadas al lado del nombre de cada compañía (cada una, un "**Comprador**" y, conjuntamente, los "**Compradores**") de conformidad con (i) las Secciones 9.01 y 9.04 (b) del Acuerdo de Nota y (ii) los catorce (14) Acuerdos de Cesión y Aceptación entre Cowen y el Comprador correspondiente, cuyas copias se entregan adjuntas.

Como usted sabe, mediante notificación de fecha 14 de diciembre del 2017 y sellada como recibida el 19 de diciembre del 2017, SFBV, en su condición de Agente Administrativo, notificó y confirmó al Emisor y al Garante que se había producido un Evento de Incumplimiento, el cual aún continuaba. Hasta la fecha del presente documento, dicho Evento de Incumplimiento no se ha subsanado. De conformidad con la Sección 9.04 (b) del Acuerdo de Nota, en el momento en que ocurra y durante la continuación de un Evento de Incumplimiento, un Tenedor de Notas puede efectuar una cesión a cualquier Persona o Personas, mediante notificación, pero sin el consentimiento del Emisor y el Agente Administrativo. En cualquier caso, observamos que de conformidad con la Sección 3.02 (e) del Acuerdo de Nota, las Notas pueden ofrecerse, venderse y transferirse de otra manera a Compradores Institucionales Calificados de conformidad con la Regla 144A de la Ley de Valores, mediante notificación, pero sin el consentimiento del Emisor y el Agente Administrativo. En este sentido, cada Comprador declara y garantiza que es un Comprador Institucional Calificado y que la transferencia de las Notas se realizó de conformidad con la Regla

| | |
|---|---|
| Each Buyer further provides notice hereby of its request of the resignation of Cowen in its position as Administrative Agent, thus rendering the resignation of Cowen effective immediately as of the date hereof, and relieving, releasing and discharging Cowen of all of its duties and obligations set forth in the Note Agreement. | 144A de la Ley de Valores. En consecuencia, no se requiere el consentimiento del Emisor ni del Agente Administrativo en relación con la transferencia mencionada en el presente documento, ni se solicita ningún consentimiento por el presente documento. |

Each Buyer further provides notice hereby of its request of the resignation of Cowen in its position as Administrative Agent, thus rendering the resignation of Cowen effective immediately as of the date hereof, and relieving, releasing and discharging Cowen of all of its duties and obligations set forth in the Note Agreement.

Adicionalmente, mediante la presente cada Comprador notifica la solicitud de renuncia de Cowen a su condición de Agente Administrativo, lo que acarrea que la renuncia de Cowen sea efectiva inmediatamente a partir de la fecha del presente documento, y releve, libere y descargue a Cowen de todos sus deberes y obligaciones establecidos en el Acuerdo de Nota.

In connection with the foregoing, the Buyers hereby designate and appoint G&A Strategic Holdings LLC as Administrative Agent under the Note Agreement. Accordingly, effective as of the date hereof, G&A Strategic Holdings LLC shall be formally regarded as permitted successor and "Administrative Agent" of record pursuant to the Note Agreement and the Notes.

En relación con lo anterior, los Compradores designan y eligen a G&A Strategic Holdings LLC como Agente Administrativo bajo el Acuerdo de Nota. En consecuencia, con vigencia a partir de la fecha del presente documento, G&A Strategic Holdings LLC se considerará formalmente como sucesor autorizado y "Agente Administrativo" registrado de conformidad con el Acuerdo de Nota y las Notas.

To give full effect to the appointment of G&A Strategic Holdings LLC as Administrative Agent, we hereby provide the following bank account and notice information, which shall supersede and replace the information previously provided by Cowen.

Para dar pleno efecto a la designación de G&A Strategic Holdings LLC como Agente Administrativo, proporcionamos la siguiente información de cuenta bancaria y notificación, que reemplaza y sustituye la información proporcionada previamente por Cowen.

| | | | |
|---|---|---|---|
| Account Name: | G&A Strategic Holdings LLC | Titular de la cuenta: | G&A Strategic Holdings LLC |
| Account #: | ▮▮▮▮▮▮ | Número de cuenta: | ▮▮▮▮▮▮ |
| ABA Routing #: | 122016066 | ABA Routing #: | 122016066 |
| SWIFT BIC Code: | CINAUS6L | Código SWIFT BIC: | CINAUS6L |
| Bank: | City National Bank Los Angeles, CA, USA | Banco: | City National Bank Los Angeles, CA, USA |

Notices and other communications provided for under the Note Agreement shall be delivered to G&A Strategic Holdings LLC, as Administrative Agent, as follows:

G&A Strategic Holdings LLC
20 Dayton Ave
Greenwich, CT 06830
United States

Las notificaciones y otras comunicaciones proporcionadas en virtud del Acuerdo de Nota deberán ser enviadas a G&A Strategic Holdings LLC, como Agente Administrativo, de la siguiente manera:

G&A Strategic Holdings LLC
20 Dayton Ave
Greenwich, CT 06830

| | |
|---|---|
| This notice is furnished in compliance with Article VIII, Section 9.01 and Section 9.04(a) of the Note Agreement. | United States<br>Esta notificación se entrega de conformidad con la Cláusula VIII, Sección 9.01 y 9.04 (a) del Acuerdo de Nota. |

We thank you in advance for the attention given to this matter. Should you have any questions or concerns, please do not hesitate to contact us by email at GAStrategicNotice@gramercy.com.

Le agradecemos de antemano la atención prestada a este asunto. Si tiene alguna pregunta o inquietud, no dude en ponerse en contacto con nosotros en correo electronico a GAStrategicNotice@gramercy.com.

Sincerely,

**G&A Strategic Holdings LLC,**
**as sole member of each of**

G&A Strategic Investments I LLC
G&A Strategic Investments II LLC
G&A Strategic Investments III LLC
G&A Strategic Investments IV LLC
G&A Strategic Investments V LLC
G&A Strategic Investments VI LLC
G&A Strategic Investments VII LLC

Name: *Robert Koenigsberger*
Title: *Authorized Signatory*

Enclosures

*Signature Page to the Notice of Assignment and Appointment of Successor Administrative Agent*

## ANNEX A
## *ANEXO A*

### THE BUYERS
### *COMPRADORES*

| Entity<br>*Entidad* | Note<br>*Nota* |
|---|---|
| G&A Strategic Investments I LLC | 6.5% Guaranteed Note, Series 2017D, No. R-1 |
| G&A Strategic Investments I LLC | 6.5% Guaranteed Note, Series 2017D, No. R-2 |
| G&A Strategic Investments II LLC | 6.5% Guaranteed Note, Series 2017D, No. R-3 |
| G&A Strategic Investments II LLC | 6.5% Guaranteed Note, Series 2017D, No. R-4 |
| G&A Strategic Investments III LLC | 6.5% Guaranteed Note, Series 2017D, No. R-5 |
| G&A Strategic Investments III LLC | 6.5% Guaranteed Note, Series 2017D, No. R-6 |
| G&A Strategic Investments IV LLC | 6.5% Guaranteed Note, Series 2017D, No. R-7 |
| G&A Strategic Investments IV LLC | 6.5% Guaranteed Note, Series 2017D, No. R-8 |
| G&A Strategic Investments V LLC | 6.5% Guaranteed Note, Series 2017D, No. R-9 |
| G&A Strategic Investments V LLC | 6.5% Guaranteed Note, Series 2017D, No. R-10 |
| G&A Strategic Investments VI LLC | 6.5% Guaranteed Note, Series 2017D, No. R-11 |
| G&A Strategic Investments VI LLC | 6.5% Guaranteed Note, Series 2017D, No. R-12 |
| G&A Strategic Investments VII LLC | 6.5% Guaranteed Note, Series 2017D, No. R-13 |
| G&A Strategic Investments VII LLC | 6.5% Guaranteed Note, Series 2017D, No. R-14 |