# EXHIBIT 22

Schlumberger Finance B.V.

Parkstraat 83
2514 JG The Hague
The Netherlands
Tel. +31 (0)70 3105400
Fax +31 (0)70 3105485

**Schlumberger**

November 03, 2017

**Emir Manrique**
**Executive Director of Financial Planning**
**Petróleos de Venezuela, S.A.**
**La Campiña, Av. Libertador, Calle El Empalme,**
**Edificio Petróleos de Venezuela, Torre Este, Piso 8,**
**Caracas, Venezuela**

Ref. Payment of Interests –
6.50% SENIOR GUARANTEED NOTES, SERIES 2017D

Dear Sirs,

Pursuant to that certain Notice of Successor Administrative Agent, dated July 20, 2017, SCHLUMBERGER FINANCE B.V. ("SFBV") has been appointed as administrative agent under the 6.50% SENIOR GUARANTEED NOTES, SERIES 2017D (the "Notes") issued by PETRÓLEOS DE VENEZUELA, S.A. (as Issuer, herein referred to as "PDVSA"). As the payment of the overdue interest amount on the 6.50% SENIOR GUARANTEED NOTES, SERIES 2017D (the "Notes"), for an aggregate amount of USD 11,468,493.27 that was due on August 4, 2017 (the "Overdue Amount") continues to be outstanding, SFBV hereby provides the account instructions to accomplish the payment in USD, please find below the account instruction of the Overdue Amount:

- Legal Entity Name:   Schlumberger Finance B.V.
- Bank:   JPMORGAN CHASE BANK, N.A
- Account Number:   [REDACTED]
- SWIFT:   CHASUS33XXX
- Currency:   USD
- Country:   US
- Address:   4 NEW YORK PLAZA, FLOOR 15

However, in case you consider convenient to make the payment of the EUR equivalent, please find below the account instruction to complete the payment in this currency:

- Legal Entity Name:   Schlumberger Finance B.V.
- Bank:   Standard Chartered Bank
- Account Number:   [REDACTED]
- SWIFT:   SCBLAEADDIF
- Currency:   EUR
- Country:   UAE
- Address:   Dubai International Financial Centre
  Building One, DIFC Gate Precinct,
  PO Box 999, Dubai, UAE

Kamer van Koophandel Haaglanden No. 27243825, VAT Number: NL8101.19.699.B01

SFBV hereby ratifies the extension and waiver as granted by the Initial Noteholder Schlumberger Venezuela SA ("SVSA") since 4 August 2017, and last granted on October 27, 2017 with respect to the Overdue Amount., which in accordance with such extension and waiver last granted shall expire today on November 03, 2017. In addition, we hereby provide PDVSA with an additional seven (7) days extension for the cure period given by SVSA, this extension shall end on November 10, 2017 at midnight that night in The Hague, Netherlands.

The above extension is rendered solely in order to avoid an Event of Default under the Note Agreement, and in reliance on PDVSA's written representation that payment of the Overdue Amount shall occur promptly.

This letter is not an exhaustive recitation of SFBV's claims, and is accordingly delivered without prejudice to its rights and remedies in the foregoing, all of which are hereby expressly reserved. Pursuant to Section 9.08(a) of the Note Agreement, the extension granted by this letter shall be only effective for the Overdue Amount, and not for any additional interest or principal amounts due under the Note Agreement.

Kind Regards,

*[signature]*

Wim Janssens
Schlumberger Finance B.V.

C.C.:   Luis Manuel Garcia (SVSA General Counsel)
        Vicky Zarate (PDVSA General Counsel)
        Pedro Baute (PDVSA Legal Corporate Manager)