UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS I LLC;<br>G&A STRATEGIC INVESTMENTS II LLC;<br>G&A STRATEGIC INVESTMENTS III LLC;<br>G&A STRATEGIC INVESTMENTS IV LLC;<br>G&A STRATEGIC INVESTMENTS V LLC;<br>G&A STRATEGIC INVESTMENTS VI LLC; AND<br>G&A STRATEGIC INVESTMENTS VII LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. AND PDVSA PETRÓLEO S.A.,<br><br>          Defendants. | Case No.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff G&A Strategic Investments I LLC, states that its sole member is G&A Strategic Holdings, LLC.

Dated: December 11, 2023  
New York, NY

Respectfully,

By: /s/ *Evan Glassman*
    Evan Glassman
    STEPTOE LLP
    1114 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 506-3900
    Fax: (212) 506-3950
    E-mail: eglassman@steptoe.com

    Michael J. Baratz
    (*pro hac vice* application forthcoming)
    Emma Marshak
    (*pro hac vice* application forthcoming)
    STEPTOE LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

Tel: (202) 429-3000
Fax: (202) 429-3902
E-mail: mbaratz@steptoe.com
E-mail: emarshak@steptoe.com

*Counsel for Plaintiffs
G&A Strategic Investments I LLC; G&A Strategic Investments II LLC; G&A Strategic Investments III LLC; G&A Strategic Investments IV LLC; G&A Strategic Investments V LLC; G&A Strategic Investments VI LLC; and G&A Strategic Investments VII LLC*