UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS 1 LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | 23-cv-10766 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

It is hereby ORDERED, ADJUDGED, AND DECREED that Default Judgment is entered in favor of Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC and against Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo S.A. ("Petróleo") as follows:

Judgment is ENTERED in favor of Plaintiffs against Defendants, jointly and severally, in the amount of $700,000,007.16, plus interest from December 14, 2017 to the date of entry of judgment, plus attorneys' fees and costs in an amount to be determined. These sums will continue to accrue interest post-judgment at the contractual post-judgment rate of 8.5%.

SO ORDERED.

New York, NY
March 5, 2024

JED S. RAKOFF  U.S.D.J.

1