UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS 1 LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | 23-cv-10766 (JSR) <br><br> DEFAULT JUDGMENT |

JED S. RAKOFF, U.S.D.J.:

It is hereby ORDERED, ADJUDGED, AND DECREED that Default Judgment is entered in favor of Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC and against Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo S.A. ("Petróleo") as follows:

Judgment is ENTERED in favor of Plaintiffs against Defendants, jointly and severally, in the amount of $700,000,007.16, plus interest from December 14, 2017 to the date of entry of judgment in the amount of $835,840,415.06, for a total of $1,535,840,422.22, plus attorneys' fees and costs in an amount to be determined. These sums will continue to accrue interest post-judgment at the contractual post-judgment rate of 8.5%, or $357,661.47 per day.

The Court's prior Order finding defendants to be in default (Dkt. 39) is hereby vacated and superseded by the instant entry of default

judgment. The Clerk of the Court is respectfully directed to close the case.

    SO ORDERED.

New York, NY  
March 8, 2024

_____  
JED S. RAKOFF, U.S.D.J.

2