UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS 1 LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | 23-cv-10766 (JSR) <br><br> Order |

JED S. RAKOFF, U.S.D.J.:

On March 8, 2024, the Court entered a default judgment against the defendants in this action. *See* Dkt. 40. Plaintiffs have now filed a motion seeking to recover the attorneys' fees and costs associated with this action. *See* Dkt. 41. For the reasons set forth in plaintiffs' moving paper, that motion is granted and the Court hereby awards plaintiff $137,918.60 in attorneys' fees and costs.

SO ORDERED.

New York, NY
March 25, 2024

_____
JED S. RAKOFF, U.S.D.J.

1