UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

G&A STRATEGIC INVESTMENTS I LLC,
G&A STRATEGIC INVESTMENTS II LLC,
G&A STRATEGIC INVESTMENTS III LLC,
G&A STRATEGIC INVESTMENTS IV LLC,
G&A STRATEGIC INVESTMENTS V LLC,
G&A STRATEGIC INVESTMENTS VI LLC, and
G&A STRATEGIC INVESTMENTS VII LLC,

        Plaintiffs,

   -v-

PETRÓLEOS DE VENEZUELA, S.A. and PDVSA Petróleo S.A.,

        Defendants.

---------------------------------------------------------- X

Case No. 1:23-cv-10766-JSR
[Rel. No. 1:23-cv-10772-JSR]

**[PROPOSED] ORDER GRANTING MOTION TO VACATE <u>DEFAULT JUDGMENT</u>**

     The Court, having considered Defendant Petróleos de Venezuela, S.A.'s Motion to Vacate Default Judgment, and the points and authorities in support thereof, hereby enters this Order in favor of Defendant Petróleos de Venezuela, S.A.

     It is, therefore, ORDERED, ADJUDGED, AND DECREED that the March 8, 2024 Default Judgment against Defendant Petróleos de Venezuela, S.A., Dkt. No. 40, is hereby VACATED in its entirety.

     Signed this _____ day of _____, 2024.

 

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE