UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
G&A STRATEGIC INVESTMENTS I LLC, :
G&A STRATEGIC INVESTMENTS II LLC, :
G&A STRATEGIC INVESTMENTS III LLC, :
G&A STRATEGIC INVESTMENTS IV LLC, :
G&A STRATEGIC INVESTMENTS V LLC, :   **RULE 7.1 STATEMENT**
G&A STRATEGIC INVESTMENTS VI LLC, :
G&A STRATEGIC INVESTMENTS VII :
LLC, :
: Case No. 1:23-cv-10766-JSR
: [Rel. No. 1:23-cv-10772-JSR]
:
            Plaintiffs, :
:
    -v- :
:
PETRÓLEOS DE VENEZUELA, S.A. and :
PDVSA Petróleo S.A., :
:
            Defendants. :
:
------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Petróleos de Venezuela, S.A. ("PDVSA") certifies the following:

**Part I**

PDVSA is a foreign instrumentality wholly owned by the Bolivarian Republic of Venezuela. No other parent corporation or publicly-held corporation owns any of its stock.

[*Remainder of page intentionally left blank*]

Dated: August 12, 2024					Respectfully submitted,

							VINSON & ELKINS LLP

							*/s/ Dora Georgescu*
							Dora Georgescu
							New York Bar No. 5433131
							1114 Avenue of the Americas
							32nd Floor
							New York, NY 10036
							Telephone: (212) 237-0186
							dgeorgescu@velaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on August 12, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's electronic filing system.

                                          */s/ Dora Georgescu*
                                          Dora Georgescu