UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS I LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | Case No. 1:23-cv-10766-JSR <br><br> (Consolidated with Case No. 1:23-cv-10772-JSR and Case No. 1:24-cv-04448-JSR) |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | Case No. 1:23-cv-10772-JSR <br><br> (Consolidated with Case No. 1:23-cv-10766-JSR and Case No. 1:24-cv-04448-JSR) |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PDV HOLDING, INC., <br><br> Defendant. | Case No. 1:24-cv-4448-JSR <br><br> (Consolidated with Case No. 1:23-cv-10766-JSR and Case No. 1:23-cv-10772-JSR) |

**STIPULATION REGARDING ADMISSIBILITY OF EVIDENCE**

WHEREAS, Plaintiffs Girard Street Investment Holdings LLC, and G&A Strategic Investments I – VII LLC (collectively, the "Plaintiffs") and Petróleos De Venezuela, S.A., PDVSA Petróleo S.A., and PDV Holding, Inc. (collectively, the "Defendants", and with

Plaintiffs, the "Parties") have recently discussed various methods to streamline the process of admitting evidence in this case, including at trial; and

WHEREAS, as a result of those discussions, the Parties have reached agreement relating to the admissibility of several categories of documents;

NOW, WHEREFORE, IT IS HEREBY STIPULATED and AGREED by the Parties as follows:

1. The authenticity of any document produced by any of the Plaintiffs in these Actions shall not be contested by any Plaintiff. The authenticity of any document produced by any of the Defendants in these Actions shall not be contested by any Defendant. The authenticity of any document produced by any third party in these Actions shall not be contested by that third party.

2. The following categories of documents produced on or before February 24, 2025 in discovery in these Actions shall be considered to meet the business records exception to the hearsay rule as set forth in Fed. R. Evid. 803(6)):  (i) SEC filings, (ii) board meeting minutes, (iii) written consents, (iv) accounting documents, (v) investment documents, (vi) documents of formation, and (vii) issues of Gaceta Legislativa .

3. As used in Paragraph 2, above,

(i) "SEC filings" shall mean filings submitted to the U.S. Securities and Exchange Commission, including attachments, by or on behalf of Petróleos de Venezuela, S.A. ("PDVSA"), PDVSA Petróleo S.A. ("Petroleo"), PDV Holding, Inc. ("PDVH"), Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC from January 1, 2019, onward;

(ii) "board meeting minutes" shall mean all final meeting minutes, excluding attachments thereto, of the PDVSA Ad Hoc Board, the Petroleo Board, the PDVH Board, and any board or board-equivalent body (such as a management committee) of Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC from January 1, 2019, onward;

(iii) "written consents" shall mean all final unanimous written consents, excluding attachments thereto, of the PDVSA Ad Hoc Board, the Petroleo Board, the PDVH Board, or the stockholders of PDVSA or PDVH from January 1, 2019, onward;

(iv) "accounting documents" shall mean (A) accounting records, spreadsheets, and other accounting documents of PDVSA, Petroleo, PDVH, Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC from January 1, 2019, onward, including general ledgers, sub-ledgers, accounts payable and accounts receivable registers, journal entries, trial balances, income statements, balance sheets, cash flow statements, and any other reports of the data in such entities' accounting systems (excluding any reports created for purposes of this litigation); and (B) all final financial statements and corresponding auditors' reports for PDVSA, Petroleo, PDVH, Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC from January 1, 2019, onward;

(v) "investment documents" shall mean final documents referencing the Series 2016E and 2017D notes at issue in these Actions where such documents were created by or on behalf of Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC. "Investment documents" are limited to

investor presentations, term sheets, Loan Market Association trade confirmations, and due diligence questionnaires;

(vi) "documents of formation" shall mean all official bylaws and articles of incorporation of PDVSA, Petroleo, PDVH, Gramercy Funds Management LLC, Girard Street Investment Holdings LLC, or G&A Strategic Investments I – VII LLC from January 1, 2019 onward; and

(vii) "issues of Gaceta Legislativa" means issues of Gaceta Legislativa Asamblea Nacional de la Republica Bolivariana de Venezuala from January 1, 2019 onward.

4. This Stipulation shall not apply to documents referenced, relied upon, or cited by any expert witness, except to the extent such document was produced by a party. Nothing in this Stipulation shall be interpreted to suggest that any particular documents or evidence are, or are not, relevant to the Actions. Nothing in this Stipulation shall be interpreted to suggest that any particular documents or evidence should, or should not be, produced in discovery in the Actions. Nothing in this Stipulation shall be interpreted to suggest that any entity is, or is not, the alter-ego of any other entity.

/s/ *Michael J. Baratz*
Michael J. Baratz (*pro hac vice*)
Molly Bruder Fox (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Emma Marshak (*pro hac vice*)
Sabra R. Messer (*pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
Email: mbaratz@steptoe.com
Email: mbfox@steptoe.com
Email: asloniewsky@steptoe.com

/s/ *Matthew Hoffman*
Camilo Cardozo
Dora P. Georgescu
VINSON & ELKINS LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel: (212) 237-0051
Fax: (212) 237-0100
Email: ccardozo@velaw.com
Email: dgeorgescu@velaw.com

Email: emarshak@steptoe.com
Email: smesser@steptoe.com

Evan Glassman
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
E-mail: eglassman@steptoe.com

*Attorneys for Plaintiffs*
*G&A Strategic Investments I LLC; G&A Strategic Investments II LLC; G&A Strategic Investments III LLC; G&A Strategic Investments IV LLC; G&A Strategic Investments V LLC; G&A Strategic Investments VI LLC; G&A Strategic Investments VII LLC; and Girard Street Investment Holdings LLC*

Matthew Hoffman (*pro hac vice*)
Andreina Escobar
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: (832) 757-5104
Email: mhoffman@velaw.com
Email: aescobar@velaw.com

*Attorneys for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo S.A.*

/s/   James Joseph
Nathan P. Eimer
Scott C. Solberg (*pro hac vice*)
James Joseph (*pro hac vice*)
Daniel D. Birk (*pro hac vice*)
Gregory M. Schweizer (*pro hac vice*)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
Email: neimer@eimerstahl.com
Email: ssolberg@eimerstahl.com
Email: jjoseph@eimerstahl.com
Email: dbirk@eimerstahl.com
Email: gschweizer@eimerstahl.com

*Attorneys for Defendant PDV Holding, Inc.*

SO ORDERED:

_____
Hon. Jed S. Rakoff

5

**CERTIFICATE OF SERVICE**

This is to certify that I have this February 6, 2025 caused copies of the foregoing Stipulation Regarding Admissibility of Evidence to be sent to counsel for all parties via email.

                                                                        */s/ Michael J. Baratz*
                                                                        Michael J. Baratz