UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PDV HOLDING, INC., <br><br> Defendant. | Case No. 1:24-cv-04448-JSR <br><br> (Consolidated for pretrial purposes with Case No. 1:23-cv-10766-JSR) |

## [PROPOSED] ORDER GRANTING PETRÓLEOS DE VENEZUELA, S.A.'S UNOPPOSED REQUEST TO INTERVENE

Before the Court is Petróleos de Venezuela, S.A.'s ("PDVSA") unopposed request to intervene under Federal Rule of Civil Procedure 24 in *Girard St. Invst. Holdings, LLC v. PDV Holding Inc.*, No. 24-cv-04448-JSR (the "Alter Ego Action"), one of the cases pending in this consolidated action. All of the other parties, including Plaintiff, are unopposed to PDVSA's requested intervention. Having considered the request, the Court concludes that PDVSA meets the requirements to intervene pursuant to Federal Rule of Civil Procedure 24, both as a matter of right under Rule 24(a) and permissively under Rule 24(b).

Accordingly, the Court **GRANTS** PDVSA's request to intervene.

Signed in New York, New York on this 11th day of February, 2025.

_____
Judge Jed S. Rakoff
United States District Judge
Southern District of New York