UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS I LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | Case No. 1:23-cv-10766-JSR <br><br> (Consolidated with Case No. 1:23-cv-10772-JSR and Case No. 1:24-cv-04448-JSR) |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. et al., <br><br> Defendants. | Case No. 1:23-cv-10772-JSR <br><br> (Consolidated with Case No. 1:23-cv-10766-JSR and Case No. 1:24-cv-04448-JSR) |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PDV HOLDING, INC., <br><br> Defendant. | Case No. 1:24-cv-4448-JSR <br><br> (Consolidated with Case No. 1:23-cv-10766-JSR and Case No. 1:23-cv-10772-JSR) |



## [PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO FILE UNDER SEAL

Upon consideration of the representations made by Plaintiffs and Defendants (collectively, the "Parties") during the telephone conference held with the Court on March 14, 2025 and for good cause, it is hereby ORDERED that the Parties' request to the following is GRANTED:

1.      The Parties are authorized to file their summary judgment motions and accompanying submissions under seal to protect information designated "Confidential" and "Highly Confidential" pursuant to the Protective Order entered in this matter.

2.      Any Party filing any documents under seal shall provide the District Court with unredacted and complete copies of documents filed pursuant to this Order.

3.      Any Party filing any documents under seal shall file public versions of the sealed filings within 5 days of the date of the sealed filing.

4.      Documents marked "Confidential" or "Highly Confidential" will remain under seal until further Order of the Court.

**SO ORDERED.**

Dated: 3/17/25

_____
JED S. RAKOFF, U.S.D.J.