# EXHIBIT 432

# EXHIBIT FILED UNDER SEAL