```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,    :
et al.,                             :
                                    :
        Plaintiffs,                 :
                                    :        23-cv-10766 (JSR)
        -v-                         :
                                    :
PETRÓLEOS DE VENEZUELA, S.A.        :
et al.,                             :
                                    :
        Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT            :
HOLDINGS LLC,                       :
                                    :
        Plaintiff,                  :
                                    :        23-cv-10772 (JSR)
        -v-                         :
                                    :
PETRÓLEOS DE VENEZUELA, S.A.        :
et al.,                             :
                                    :
        Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT            :
HOLDINGS LLC,                       :
                                    :
        Plaintiff,                  :
                                    :        24-cv-04448 (JSR)
        -v-                         :
                                    :
PDV Holding, Inc.                   :
                                    :
        Defendant.                  :
------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

On April 10, 2025, plaintiffs in the above-captioned consolidated cases notified the Court of certain clerical errors in the following documents filed on the docket of the Case No. 23-cv-10766:

- ECF No. 216 - Plaintiffs' Counter Statement to Rule 56.1 Statement (Sealed);

- ECF No. 219 - Plaintiffs' Counter Statement to Rule 56.1 Statement (Public);

- ECF No. 212-19 - Exhibit 543 (Sealed); and

- ECF No. 220-19 - Exhibit 543 (Public).

The Court directs plaintiffs to re-file the documents with the errors corrected, following which the Clerk should strike the earlier, uncorrected documents.

New York, NY
April 11, 2025

JED S. RAKOFF, U.S.D.J.