```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,     :
et al.,                              :
                                     :
         Plaintiffs,                 :
                                     :      23-cv-10766 (JSR)
         -v-                         :
                                     :
PETRÓLEOS DE VENEZUELA, S.A.         :
et al.,                              :
                                     :
         Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT             :
HOLDINGS LLC,                        :
                                     :
         Plaintiff,                  :
                                     :      23-cv-10772 (JSR)
         -v-                         :
                                     :
PETRÓLEOS DE VENEZUELA, S.A.         :
et al.,                              :
                                     :
         Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT             :
HOLDINGS LLC,                        :
                                     :
         Plaintiff,                  :
                                     :      24-cv-04448 (JSR)
         -v-                         :
                                     :
PDV Holding, Inc.                    :
                                     :
         Defendant.                  :
------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

On April 14, 2025, the parties in the above-captioned consolidated cases notified the Court of certain clerical errors in the following documents filed on the docket of the Case No. 23-cv-10766:

- ECF No. 217 - Defendants' Counter Statement to Rule 56.1 Statement (Sealed);
- ECF No. 222 - Defendants' Counter Statement to Rule 56.1 Statement (Public);
- ECF No. 213-3 - Exhibit 272 (Sealed);
- ECF No. 223-3 - Exhibit 272 (Public);
- ECF No. 213-4 - Exhibit 273 (Sealed);
- ECF No. 223-4 - Exhibit 273 (Public);
- ECF No. 147-68 - Exhibit 289 (Sealed); and
- ECF No. 185-68 - Exhibit 289 (Public).

The Court directs plaintiffs to re-file the documents with the errors corrected, following which the Clerk should strike the earlier, uncorrected documents.

New York, NY
April 16, 2025

JED S. RAKOFF, U.S.D.J.