UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,      :
et al.,                               :
                                      :
        Plaintiffs,                   :
                                      :        23-cv-10766 (JSR)
            -v-                       :
                                      :
PETRÓLEOS DE VENEZUELA, S.A.          :
et al.,                               :
                                      :
        Defendants.                   :
------------------------------------x
GIRARD STREET INVESTMENT              :
HOLDINGS LLC,                         :
                                      :
        Plaintiff,                    :
                                      :        23-cv-10772 (JSR)
            -v-                       :
                                      :
PETRÓLEOS DE VENEZUELA, S.A.          :
et al.,                               :
                                      :
        Defendants.                   :
------------------------------------x

ORDER

JED S. RAKOFF, U.S.D.J.

    After careful consideration of the parties' submissions regarding the appropriate amount of interest as to Counts I and II of plaintiffs' Complaint, the Court finds the following: (1) a default interest rate of 8.5% applies to both sets of Notes; (2) under Section 2.04 of the Notes Agreements, this interest rate applies to "all amounts outstanding," which refers solely to the outstanding principal remaining on the loans at the time of default.

-1-

In accordance with this Order, the parties are directed to submit by noon tomorrow an amount of judgment to be entered as of July 11, 2025.

Dated:    New York, NY
          July 10, 2025

_____
          JED S. RAKOFF, U.S.D.J.