# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
G&A STRATEGIC INVESTMENTS I LLC, et al.,

                    Plaintiffs,                    23 **CIVIL** 10766 (JSR)

     -against-                        **JUDGMENT**

PETROLEOS DE VENEZUELA, S.A. et al.,

                    Defendants.
-----------------------------------------------------------------------X
GIRARD STREET INVESTMENT HOLDINGS LLC,

                    Plaintiff,                    23 **CIVIL** 10772 (JSR)

     -against-

 PETROLEOS DE VENEZUELA, S.A. et al.,

                    Defendants.
-----------------------------------------------------------------------X
GIRARD STREET INVESTMENT HOLDINGS LLC,

                    Plaintiff,                    24 **CIVIL** 04448 (JSR)

     -against-

POV Holding, Inc.

                    Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 25, 2025, and the Court's Order dated July 10, 2025, the parties provided the Judgment amounts as to (i) Halliburton / Girard Note of $287,112,848.55, and (ii) SLB / G&A Notes: $1,150,895,902.18. As Judgment is entered after July 11, 2025, the per diam interest for the (i) Halliburton / Girard Note is $40,753.45 totaling to $122,260.35 in total interest, and (ii) SLB / G&A Notes is $163,013.70 totaling to $489,041.10 in total interest.

**Dated:** New York, New York

July 14, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**