**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

G&A STRATEGIC INVESTMENTS I LLC, et al.,

            Plaintiffs,            1:23-cv-10766 (JSR)

    -against-

PETRÓLEOS DE VENEZUELA, S.A., et al.,      **AMENDED FINAL JUDGMENT**

            Defendants.
-----------------------------------------------------------------X

GIRARD STREET INVESTMENT HOLDINGS LLC,

            Plaintiff,            1:23-cv-10772 (JSR)

    -against-

PETRÓLEOS DE VENEZUELA, S.A., et al.,

            Defendants.
-----------------------------------------------------------------X

GIRARD STREET INVESTMENT HOLDINGS LLC,

            Plaintiff,            1:24-cv-04448 (JSR)

    -against-

PDV Holding, Inc.,

            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 25, 2025, and the Court's Order dated July 10, 2025,

(1) Judgment is entered in favor of Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, G&A Strategic Investments VII LLC, and Girard Street Investment Holdings LLC against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A on Counts I and II.

(2) The parties provided the Judgment amounts as to (i) Halliburton / Girard Note of $287,112,848.55, and (ii) SLB / G&A Notes: $1,150,895,902.18. As Judgment is entered after July 11, 2025, the per diem interest for the (i) Halliburton / Girard Note is $40,753.45 totaling to $244,520.70 in total interest, and (ii) SLB / G&A Notes is $163,013.70 totaling to $978,082.20 in total interest.

(3) Accordingly, judgment is entered in favor of (1) Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, G&A Strategic Investments VII LLC against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. in the amount of $1,151,873,984.38, which includes six days of interest from the originally calculated amount of $1,150,895,902.18, and will continue to accrue interest post-judgment at the contractual post-judgment rate of 8.5%, or $163,013.70 per day; and (2) Plaintiff Girard Street Investment Holdings LLC against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A in the amount of $287,357,369.25, which includes six days of interest from the originally calculated amount of $287,112,848.55, and will continue to accrue interest post-judgment at the contractual post-judgment rate of 8.5%, or $40,753.45 per

day.

(4) Judgment is entered in favor of Defendants Petróleos de Venezuela, S.A. and PDV Holding, Inc. against Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, G&A Strategic Investments VII LLC, and Girard Street Investment Holdings LLC on Counts III and IV, dismissing those counts with prejudice.

_____
    USDJ

**Dated:** New York, New York
July 17, 2025